■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD BROWN, Appellant. [858 NYS2d 645]—Judgment, Supreme Court, Bronx County (Steven Lloyd Barrett, J.), rendered on or about February 28, 2007, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Gonzalez, Moskowitz and DeGrasse, JJ.